UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ralph Eastman**                                                  **Docket No. 7:20-CR-22-1M**

## Petition for Action on Supervised Release

COMES NOW Ryan T. Walker, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ralph Eastman, who, upon an earlier plea of guilty to Conspiracy, in violation of 18 U.S.C. § 371; Bank Fraud, in violation of 18 U.S.C. § 1344(2); Theft or Receipt of Stolen Mail, in violation of 18 U.S.C. §1708; Aggravated Identify Theft, in violation of 18 U.S.C. § 1028A(a)(1), was sentenced by the Honorable Judith C. Herrera, United States District Judge, on January 18, 2018, to the custody of the Bureau of Prisons for a term of 36 months and one day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ralph Eastman was released from custody on April 16, 2019, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on February 24, 2020.

## Earlier Court Action

11/01/2019     Notice of Non-compliance was submitted to the District of New Mexico reporting the defendant's Misdemeanor Larceny (shoplifting) charge in New Hanover County, North Carolina. Supervision continued and transfer of jurisdiction to the Eastern District of North Carolina was initiated.

04/01/2020     Violation Report submitted to the court reporting the defendant's use of cocaine on February 3, 2020. Supervision continued to allow the defendant to participate in substance abuse treatment.

02/05/2021     Violation Report submitted to the court reporting the defendant's use of marijuana on February 5, 2021. Supervision continued to allow the defendant to participate in substance abuse treatment and be referred to a psychiatrist.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 24, 2021, the defendant submitted to a urinalysis screening which returned positive for marijuana on an instant test. The defendant signed an admission form on June 24, 2021, admitting to using marijuana June 21, 2021. As a sanction for his conduct, it is respectfully recommended that the defendant be placed on a curfew and monitored with Location Monitoring: Radio Frequency equipment for a period not to exceed 60 consecutive days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The

defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Ryan T. Walker<br>Ryan T. Walker<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2030<br>Executed On: July 2, 2021 |

**ORDER OF THE COURT**

Considered and ordered this 6th day of July, 2021, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge